1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ANTHONY R. TURNER,           ) NO. CV 17-6853-PSG(E)
                                 )
12              Plaintiff,       )
                                 )
13       v.                      ) ORDER OF DISMISSAL
                                 )
14  F. COTA, et al.,             )
                                 )
15              Defendants       )
                                 )
16  _____ )

17

18                        **BACKGROUND**

19

20      Plaintiff, a state prisoner, filed this civil rights action on

21  August 4, 2017, in the United States District Court for the Northern

22  District of California, accompanied by a Declaration in Support of

23  Request to Proceed Without Prepayment of Filing Fees.  The Complaint

24  names as Defendants prison officials at the California Men's Colony in

25  San Luis Obispo County ("CMC"), Plaintiff's former place of

26  incarceration.[1]  Although the Complaint is quite unclear and confused,

27  Plaintiff appears to attempt to allege numerous claims, including but

28  _____

        [1]   Plaintiff now is incarcerated at the California State
    Prison, Los Angeles County, at Lancaster, California ("CSP-LAC").

not limited to claims of alleged excessive force, asserted deliberate indifference to an alleged risk of assault from other inmates, asserted deliberate indifference to medical needs, asserted deprivation of property, alleged retaliation and conspiracy and alleged interference with mail.

On September 13, 2017, the United States District Court for the Northern District of California transferred the action to this Court, without ruling on Plaintiff's request to proceed in forma pauperis.

On September 18, 2017, Plaintiff filed in the United States District Court for the Northern District of California: (1) a "Notice of Motion for Complaint Review, etc."; and (2) an "Application to Proceed In Forma Pauperis, etc." Both of these documents were filed in this Court on September 21, 2017.

Under the Prison Litigation Reform Act, Pub L. No. 104-134, 110 Stat. 1321 (1996), a prisoner may not bring a civil action in forma pauperis ("IFP") if, on three (3) or more previous occasions, the prisoner has brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous or malicious or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Review of the docket of this Court and other Courts in this Circuit showed that Plaintiff previously has filed a number of actions which appeared to qualify as "strikes" under section 1915(g).

Accordingly, on September 28, 2017, the Court issued an "Order to Show Cause" pursuant to 28 U.S.C. section 1915(g), ordering Plaintiff to show cause in writing why Plaintiff's IFP status should not be denied and why the action should not be dismissed pursuant to 28 U.S.C. section 1915(g) unless Plaintiff paid the full filing fee.  On October 12, 2017, Plaintiff filed "(Plaintiff] Moves the Court with Notice 'Objections,' etc.," accompanied by exhibits, constituting Plaintiff's response to the Order to Show Cause.

On October 27, 2017, the Court issued an "Order Denying Application for Leave to Proceed In Forma Pauperis, etc.," based on Plaintiff's prior dismissals qualifying as "strikes" under section 1915(g).  The Court ordered Plaintiff to pay the full filing fee within twenty-one (21) days of October 27, 2017 if Plaintiff wished to pursue the action.  The Court also advised Plaintiff that failure timely to pay the full filing fee could result in the dismissal of the action.  Nevertheless, Plaintiff has failed to pay the full filing fee within the allotted time.

///
///
///
///
///
///
///
///
///
///

**ORDER**

For the foregoing reasons, the action is dismissed without prejudice for failure to pay the full filing fee in conformity the Court's October 27, 2017 Order.  <u>See</u> 28 U.S.C. § 1915(g).

DATED: 11/27/17

_____
PHILLIP S. GUTIERREZ
UNITED STATES MAGISTRATE JUDGE